IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION



UNITED STATES OF AMERICA

V.                                                      CRIMINAL NO. 3:98cr103-HTW-AGN

CEDRIC LAMOND BARBER

## ORDER GRANTING JUDICIAL RECOMMENDATION

This matter comes before the Court on defendant's request that the Court recommends, in the defendant's Judgment and Commitment Order, that defendant be designated to serve his sentence at the Federal Correctional Institution in Yazoo City, Mississippi. The government does not oppose this recommendation.

IT IS ORDERED, that the Judgment and Commitment order include a recommendation that the defendant be designated to serve his sentence at the Federal Correctional Institution in Yazoo City, Mississippi.

THIS THE 28th DAY OF February, 2006.

_____
UNITED STATES DISTRICT JUDGE

Presented By:

Omodare B. Jupiter (MB #10254)
Assistant Federal Public Defender
200 South Lamar Street, Suite 100-S
Jackson, MS 39201
Telephone: 601/948-4284